UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:08-cv-01126-EAK-MSS

DIVERSIFIED MERCURY
COMMUNICATIONS, LLC, a
Delaware Limited Liability
Company, d/b/a MERCURY
MEDIA

    Plaintiff,

vs.

RELIANT INTERNATIONAL
MEDIA, LLC, a Florida Limited
Liability company,

    Defendant.
_____/

## FINAL JUDGMENT

THIS MATTER having come on before the Court on Plaintiff's Unopposed Motion to Re-Open Case and for Entry of Judgment (DE#10), and the Court having reviewed the file and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion is **GRANTED**. Pursuant to the terms of the parties' Joint Stipulation for Settlement (DE#8), Final Judgment is hereby entered in favor of Plaintiff, Diversified Mercury Communications, LLC d/b/a Mercury Media, and against defendant, Reliant International Media, LLC, in the amount of $328,599.00, which judgment shall, pursuant to the Joint Stipulation for Settlement, bear interest at 18% per annum until satisfied, and for which let execution issue.

2. The Court reserves jurisdiction to award attorney's fees and costs to Mercury upon proper motion. And the Clerk of Court shall close the case

DONE AND ORDERED in Chambers in Tampa, Hillsborough County, Florida on this 23rd day of JAN., 2009

UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE